UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIE J. McCOO,

                Petitioner,

v.

MIKE OBENLAND,

                Respondent.

Case No. C14-1425-RSL-JPD

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Petitioner recently submitted to the Court for consideration two motions to amend his federal habeas petition. (Dkts. 46 and 47.) Attached to each motion was a proposed amended petition. (*Id*.) Petitioner indicates in his motions to amend that the amended petitions were filed in response to objections by respondent to a series of motions to supplement previously filed by petitioner. (*See id*.) Respondent argued that petitioner's motions to supplement were essentially motions to amend and, as such, were procedurally deficient because petitioner failed to submit a proposed amended petition with his motions. (*See* Dkt. 39 and 42.) Petitioner's proposed amended petitions appear to essentially be re-formatted versions of his prior motions to supplement.

MINUTE ORDER - 1

1   In a Report and Recommendation issued on July 21, 2015, this Court fully addressed
2 petitioner's motions to supplement. In doing so, the Court noted that the motions were, in fact,
3 procedurally deficient in that petitioner failed to attached a proposed amended petition to any of
4 the motions. However, the Court also addressed the substance of the motions. As petitioner's
5 recent submissions are essentially duplicative of matters already addressed by the Court,
6 petitioner's motions to amend (Dkts. 46 and 47) are DENIED as moot.
7   DATED this 22nd day of July, 2015.

8                             WILLIAM McCOOL, Clerk

9
10                            By  s/ Rhonda Stiles
                                  Deputy Clerk

MINUTE ORDER - 2